**James C. PLATTS, Plaintiff–Appellant,**

v.

**Mary Beth BUCHANAN; John Jeffrey Miller; Harold Stanton; Nina M. Miklos; Lisa Dicerbo; Rosemary Paguni; Jean M. Tripp; Patrick J. Thomassey; Steven Townsend; Donetta W. Ambrose; Lisa B. Freeland; Tom Livingston; Karen Gerlach, Defendants–Appellees.**

No. 13–7574.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 24, 2013.

James C. Platts, Appellant Pro Se.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James C. Platts appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Platts v. Buchanan,* No. 2:13–cv–00042–JPB–JES, 2013 WL 4881960 (N.D.W.Va. Sept. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*